# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Steven W. Murphy

Case No.: 13-32385

Hearing Date:

Chapter: 13

Judge: Poslusny

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Creditor's Certification of Default

**Location of Hearing:** Courtroom No. 4C
Mitchell C. Cohen U.S. Courthouse
400 Cooper Street 4th Floor
Camden, NJ

**Date and Time:** July 25, 2017 @ 10:00 A.M., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 6/30/17

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 30, 20 17 this notice was served on the following: Debtor, Attorney for Debtor, Trustee, Attorney for Creditor

JEANNE A. NAUGHTON, Clerk

By: /s/Birdena Drayton
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Steven W. Murphy  
    Debtor

Case No. 13-32385-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jun 30, 2017  
               Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2017.  
db        +Steven W. Murphy,    8 Columbine Drive,    Pittsgrove, NJ 08318-4569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2017 at the address(es) listed below:  
      Brian C. Nicholas    on behalf of Creditor     NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
      Jeanette F. Frankenberg    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cmecf@sternlav.com  
      Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
      Joseph J. Rogers    on behalf of Debtor Steven W. Murphy jjresq@comcast.net,   jjresq1@comcast.net  
                                            TOTAL: 6